IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DYNAPASS IP HOLDINGS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00212-JRG-RSP (LEAD CASE) |
| JPMORGAN CHASE & CO. ET AL., | § § § | |
| *Defendants*. | § § | |

**ORDER**

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Dynapass IP Holdings LLC and Defendants PlainsCapital Bank and Hilltop Holdings Inc. **Dkt. No. 84**.

Having considered the motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, all pending claims and causes of action in Case No. 2:22-cv-00213 by and between Plaintiff Dynapass IP Holdings, LLC and Defendants PlainsCapital Bank and Hilltop Holdings Inc. are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All motions pending in member Case No. 2:22-cv-00213 not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** member Case No. 2:22-cv-00213 and **MAINTAIN AS OPEN** the lead case.

**So ORDERED and SIGNED this 7th day of November, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE